| Attorney or Party Name, Address, Telephone & FAX Numbers State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| **Raj T. Wadhwani 193120**<br>**Wadhwani & Shanfeld, a Prof Law Corp**<br>**15233 Ventura Blvd., Suite 1000**<br>**Sherman Oaks, CA 91403**<br>**(818) 784-0500 Fax: (818) 784-0508**<br>**193120 CA**<br>**raj@wslaw.com** | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re: | CASE NUMBER: **2:16-bk-26213-WB**<br><br>CHAPTER 13 |
|---|---|
| **Grant Steven Workman**<br>**Mary Elaine Workman** | **APPLICATION OF ATTORNEY FOR DEBTOR FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT (RARA)** |
| Debtor(s). | [11 U.S.C. § 330(a)(4)(B); LBR 3015-1(v)(2)] |

TO DEBTOR, CHAPTER 13 TRUSTEE, AND PARTIES IN INTEREST:

1. **Rights and Responsibilities Agreement.** The undersigned Attorney and Debtor are parties to a Rights and Responsibilities Agreement (RARA) filed as docket number **4** .

2. **RARA Fee Agreement** Pursuant to the RARA, Debtor agreed to pay Attorney (i) a flat fee of $ **5,000.00** for those services identified in boldface type in the RARA (Basic Services) and (ii) an hourly fee of $ **425.00** per hour, or a reasonable flat fee, for services other than the Basic Services (Additional Services).
   *(If the RARA contains any other or different provisions regarding fees for Additional Services, Attorney must (i) check this box ☐ and (ii) attach an addendum providing the details.)*

3. **Request for Fees.** Pursuant to 11 U.S.C. § 330(a)(4)(B) and LBR 3015-1(v)(2), Attorney requests allowance and payment of the following:

   | | |
   |---|---|
   | Fees for Additional Services | $ 2,427.50 |
   | Expenses related to Additional Services | $ 11.00 |
   | Total | $ 2,438.50 |

   *"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code. "FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

4.    **Case Status.** This Chapter 13 case has not been dismissed or converted.

5.    **Plan Status.**

    ☑ A Chapter 13 Plan was confirmed in this case by order entered as docket number _20_.

    ☐ A Chapter 13 Plan has not yet been confirmed in this case; a hearing is set for (*date*) __.

6.    **Fee Award for Basic Services.**

    ☑ Attorney was awarded fees for Basic Services in the amount of $ _5,000.00_ in the order confirming the plan and/or a separate order of the court.

7.    **Prior Applications for Additional Fees.**

    ☐ Attorney has not previously applied for Additional Fees in this case.

    ☑ Attorney previously applied for Additional Fees in this case. A total of $ _1,100.00_ has been awarded to Applicant for Additional Fees pursuant to prior requests.

    ☐ One or more applications for Additional Fees in this case are pending. See docket number(s) _____. A total of $_____ in Additional Fees has been requested pursuant to those pending applications.

8.    **Disclosure of Amounts Previously Paid To Attorney.** Pursuant to LBR 3015-1(v)(2), Attorney discloses the following amounts paid to date (including prepetition payments) by Debtor or the Chapter 13 Trustee to Attorney and the source of those payments:

| Date Received | Amount Received | Source of Payment |
|---|---|---|
| 12/9/2016 | $ 1,000.00 | Debtor |
| 04/18/2017 | $ 3,518.44 | Chapter 13 Trustee - Check Number 0757628 |
| 05/16/2017 | $ 481.56 | Chapter 13 Trustee - Check Number 0759149 |
| 04/18/2019 | $ 516.67 | Chapter 13 Trustee - Check Number 0789099 |
| 05/20/2019 | $ 516.67 | Chapter 13 Trustee - Check Number 0790350 |
| 06/18/2019 | $ 66.66 | Chapter 13 Trustee - Check Number 0791527 |
| TOTAL | $ 6,100.00 | |

9.    **Amount and Basis for Compensation Requested.**

    A. ☐ <u>Presumptively Reasonable Fees (No Look Fees).</u> Attorney requests an award of fees for Additional Services identified in the following table; these amounts are equal to or less than the maximum No Look Fee specified in Section 2.9(b) of the Court Manual for those services.

    *(If you are requesting fees for more than one instance of the same type of service, you must provide the pertinent details in the "Explanation" box or in an addendum.)*

| Fee Requested | Maximum No Look Fee | Legal Service | Docket No. |
|---|---|---|---|
| $ | $750.00 | Unopposed motion to extend/impose automatic stay | |
| $ | $350.00 | Unopposed application for order shortening time | |
| $ | $1,250.00 | Unopposed motion to avoid lien (11 U.S.C. § 506(a)) | |
| $ | $1,500.00 | Unopposed motion to avoid lien (11 U.S.C. § 506(a)), with stipulation and order | |
| $ | $750.00 | Unopposed motion to avoid lien (11 U.S.C. § 522(f)) | |
| $ | $950.00 | Unopposed motion to disallow claim | |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Fee Requested | Maximum No Look Fee | Legal Service | Docket No. |
|---|---|---|---|
| $ | $350.00 | Opposition to Chapter 13 Trustee's motion to dismiss or convert case | |
| $ | $750.00 | Unopposed motion to modify plan | |
| $ | $750.00 | Unopposed motion to refinance/sell real property | |
| $ | $750.00 | Unopposed motion to incur debt | |
| $ | $300.00 | Application for order confirming that loan modification discussion does not violate the automatic stay | |
| $ | $2,000.00 | Complaint to avoid lien | |
| $ | | Total Requested | |

B. ☑ <u>Hourly or Other Additional Fees</u>. Attorney requests an award of fees for Additional Services on an hourly or other basis.

    a. Dates during which the Additional Services were provided: from (*dates*) **08/03/2020** to **03/12/2021** .

    b. Summary of hourly fees requested for the Additional Services.

| Name | Attorney or Paralegal? | Hourly Rate | Hours Billed | Total Requested |
|---|---|---|---|---|
| Raj T. Wadhwani | Attorney | $ 425.00 | 0.7 | $ 297.50 |
| Chantal Van Ongevalle | Attorney | $ 425.00 | 4.8 | $ 2,040.00 |
| Karina A. Dunbar | Paralegal | $ 150.00 | 0.2 | $ 30.00 |
| Lidia Ramirez-Rivas | Paralegal | $ 150.00 | 0.4 | $ 60.00 |
| Total | | | | $ 2,427.50 |

    c. Description of the nature, necessity, and results of the Additional Services for which hourly fees are requested in this Section 10.B: (Check here ☑ if an addendum containing additional information is attached.)

    d. A billing statement is attached as <u>Exhibit A</u>, identifying each service performed, the service provider, the date rendered, the time spent, and the amount billed (*required*).

    e. If fees for the Additional Services are requested other than on an hourly basis, the amount requested and the basis for that request are as follows:

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017                Page 3                **F 3015-1.12.APP.CH13.FEES**

10. **Expenses.** Attorney requests an award of expenses incurred in connection with the Additional Services in the amounts summarized in the following table.

| Expense Category | Amount Requested |
|---|---|
| Certified Copy | $ 11.00 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL | $ 11.00 |

Additional Explanation: (Check here ☐ if an addendum containing additional information is attached.)

Certified Copy Requested for Order Granting Loan Modification  (Docket #72)

(*Note: If you are requesting the allowance of expenses related to No Look Fee services, you must explain above why the requested expenses are extraordinary.*)

11. **Request for Payment.**

☑ Attorney requests that all fees and expenses allowed hereunder be awarded and paid by the Chapter 13 Trustee through the plan that has been or may be confirmed in this case.

☐ Attorney requests that the fees and expenses allowed hereunder be awarded and paid in the following manner (*specifically describe the proposed source(s) of payment and the proposed timing of that payment*):

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2017                                      Page 4                           F 3015-1.12.APP.CH13.FEES

12.    Consent and Declaration of Debtor.

| CONSENT AND DECLARATION OF DEBTOR(S) |
|---|
| The undersigned Debtor declares that s/he has reviewed the foregoing Application and consents to approval of payment of the fees and expenses requested by Attorney. |

Executed this _18_ day of _June_ , 20 _21_ at (city) _Lakewood_ , (state) _CA_

Signature of Debtor 1: _____

Printed name of Debtor 1:        Grant Steven Workman

Signature of Debtor 2: _____

Printed name of Debtor 2:        Mary Elaine Workman

13.    Certifications of Counsel.

a. **No Prior Request.** I certify that Attorney has not previously requested fees or expenses for any of the Additional Services that are the subject of this Application. If I cannot make this certification, I have checked this box ☐ and attached an addendum that discloses the details of that prior request.

b. **No Debtor Consent and Declaration.** If the Debtor has not executed the Consent and Declaration in Paragraph 13, the reason the Debtor has not done so is as follows:

c. **True and Correct.** I certify that the information contained in and attached to this Application is true and correct.

Date: _06/28/2021_

Respectfully submitted,

_____
Signature of Attorney for Debtor

Raj T. Wadhwani 193120
Printed name of Attorney for Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

_December 2017_                    Page 5                    F 3015-1.12.APP.CH13.FEES

# Exhibit "A"

# Exhibit "A"

# Exhibit "A"

Debtor(s): Grant Steven Workman & Mary Elaine Workman
Case No.: 2:16-bk-26213-WB

## Summary of Requested Fees

| Date | Activity | Hours |
|------|----------|-------|
| 08/03/2020 | Chantal Van Ongevalle ("CVO")- Reviewed Motion for Relief from the Automatic Stay (the "MFR") filed by Creditor Bayview Loan Servicing, LLC ("Creditor") (Docket #56) | 0.5 |
| 08/03/2020 | CVO – Telephonic communication with client re: MFR, possible Adequate Protection Order ("APO") and possible Opposition to MFR ("Opposition") | 0.5 |
| 08/03/2020 | CVO – Telephonic communication with client re: Possible Motion for Authority to Enter into Loan Modification ("Loan Mod") | 0.2 |
| 08/04/2020 | CVO – Telephonic communication with client re: Loan Mod | 0.3 |
| 08/07/2020 | CVO – Telephonic communication with client re: Opposition | 0.2 |
| 08/14/2020 | CVO – Prepared Opposition | 1.0 |
| 08/14/2020 | Raj T. Wadhwani ("RTW") – Reviewed Opposition | 0.3 |
| 08/14/2020 | CVO – E-filed and Served Opposition (Docket #58) | 0.0 |
| 08/21/2020 | CVO – Telephonic communication with client re: Loan Mod | 0.2 |
| 08/25/2020 | CVO – Special Appearance for the MFR | 0.2 |
| 08/27/2020 | CVO – Telephonic communication with client re: Loan Mod | 0.1 |
| 08/28/2020 | CVO – Telephonic communication with client re: Loan Mod Trial Payments | 0.1 |
| 09/18/2020 | CVO – Telephonic communication with client re: Loan Mod Trial Payments | 0.1 |
| 12/08/2020 | CVO – Telephonic communication with client re: Loan Mod Agreement | 0.3 |
| 12/14/2020 | CVO/RTW- Reviewed stipulation Continuing Hearing for MFR (Docket #61) | 0.1 |
| 02/05/2021 | Karina A. Dunbar ("KAD")– Telephonic communication with client re: Loan Mod | 0.2 |
| 02/05/2021 | CVO – Prepared Motion for Loan Mod | 1.0 |
| 02/05/2021 | RTW – Reviewed Loan Mod | 0.3 |
| 02/05/2021 | CVO – Prepared and E-filed Loan Mod (Docket #65) | 0.0 |
| 02/17/2021 | Lidia Ramirez-Rivas ("LRR") – Prepared Amended Loan Mod | 0.2 |
| 02/17/2021 | LRR – Amended Loan Mod (Docket #67) | 0.0 |

**Debtor(s): Grant Steven Workman & Mary Elaine Workman**
**Case No.: 2:16-bk-26213-WB**

## Summary of Requested Fees

| Date | Activity | Hours |
|------|----------|-------|
| 03/12/2021 | LRR – Prepared Declaration that no Party Requested a Hearing on Motion ("DNO") and Order granting Loan Mod (Docket #70 #71) | 0.2 |
| 03/12/2021 | LRR – E-filed and Served Loan Mod | 0.0 |

# Exhibit "B"

# Exhibit "B"

Summary of Professionals' Rates an Hours

| Professional Person's Name | Hourly Rate | x | Total Hours for This Person | = | Total Fees |
|---|---|---|---|---|---|
| Raj T. Wadhwani | $425.00 | x | 0.7 | = | $297.50 |
| Chantal Van Ongevalle | $425.00 | X | 4.8 | = | $2,040.00 |
| Karina A. Dunbar | $150.00 | X | 0.2 | = | $30.00 |
| Lidia Ramirez-Rivas | $150.00 | x | 0.4 | = | $60.00 |
| **TOTAL AMOUNT OF FEES** | | | | = | **$2,427.50** |
| **FEES REQUESTED** | | | | | **$2,427.50** |

# Exhibit "C"

# Exhibit "C"

## Description of Professionals

### Raj T. Wadhwani

Raj T. Wadhwani is a partner at Wadhwani & Shanfeld, a Prof. Law Corp. Mr. Wadhwani received his J.D. from Southwestern University School of Law. Since receiving his law degree, Mr. Wadhwani has focused his practice on consumer services, including bankruptcy, debt negotiation, offers in compromise and estate planning. Mr. Wadhwani is a certified specialist in consumer bankruptcy. * During his practice, Mr. Wadhwani has filed over 5,000 consumer and business bankruptcy cases. Mr. Wadhwani has also prepared and filed numerous offers in compromise and handled various estate planning matters.

*Board Certified – Consumer Bankruptcy Law – American Board of Certification

### Chantal Van Ongevalle

Chantal Van Ongevalle is an associate at Wadhwani & Shanfeld, A Professional Law Corp. Mrs. Van Ongevalle received her J.D. from Oklahoma City University School of Law. Since receiving her law degree, Mrs. Van Ongevalle has practiced consumer bankruptcy, including being an extern for now retired Judges: Judge Goldberg in Riverside and Judge Greenwald in the San Fernando Valley; worked as a Chapter 13 Paralegal Supervisor and Staff Attorney for Edwina E. Dowell, Chapter 13 Trustee for five years, and a consumer bankruptcy attorney with Price Law Group, APC for 10 years.

### Karina A. Dunbar

Karina Dunbar is a paralegal at Wadhwani & Shanfeld, a Professional Law Corp. Ms. Dunbar received her paralegal certificate from Intercoast Colleges in 1996. Ms. Dunbar has worked in bankruptcy law since 2001. Ms. Dunbar received a B.S. in Criminal Justice Administration from Phoenix University.

### Lidia Ramirez-Rivas

Lidia Ramirez is a paralegal at Wadhwani & Shanfeld, a Professional Law Corp. Ms. Ramirez received her paralegal certificate and an Associates of Arts Degree in paralegal studies from Phillips Junior College in 1996, to which she obtained a second Associate of Arts Degree from Los Angeles Valley College with the emphasis in Banking and Finance and a Bachelor of Science Degree in Business Administration from University of Phoenix. Ms. Ramirez has worked in bankruptcy law since 1996

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**15233 Ventura Blvd., Suite 1000**
**Sherman Oaks, CA 91403**

A true and correct copy of the foregoing document entitled: **Application of Attorney for Debtor for Additional Fees and Related**
**Expenses in a Pending Chapter 13 Case Subject to a Rights and Responsibilities Agreement (RARA)** will be served or was
served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR,
the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) **06/28/2021**, I checked the
CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail
Notice List to receive NEF transmission at the email addresses stated below:

ECF PARTY: Matthew R. Clark    bankruptcyecfs@gmail.com, mclark@ecf.courtdrive.com
CHAPTER 13 TRUSTEE: Nancy K Curry (TR)    TrusteeECFMail@gmail.com
ECF PARTY: Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
ECF PARTY:Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
ECF PARTY:Sean C Ferry    sferry@raslg.com, sferry@ecf.courtdrive.com
ECF PARTY:Aaron Friedlander    aaron.friedlander@ocwen.com
ECF PARTY:Christina J Khil    christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com
ECF PARTY:Keith Labell    lkabell@rasflaw.com, lkabell@rasflaw.com
ECF PARTY:Megan E Lees    caecf@tblaw.com
ECF PARTY:Kelly Lukason    kelly.lukason@jcap.com
ECF PARTY:Valerie Smith    claims@recoverycorp.com
U.S. TRUSTEE: United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
ATTORNEY FOR DEBTOR: Raj T Wadhwani    raj@wslaw.com, wadhwaniandshanfeld@gmail.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) **06/28/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary
proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and
addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours
after the document is filed.

**Grant & Mary Workman, 5008 Verdura Avenue, Lakewood, CA 90712**

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each
person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) ____, I served the following persons and/or entities
by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be
completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/28/2021 | **Leslie Marie Cervantes** | /s/ Leslie Marie Cervantes |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 3         **F 9013-1.2.OPPORTUNITY.HEARING.NOTICE**

Label Matrix for local noticing
0973-2
Case 2:16-bk-26213-WB
Central District of California
Los Angeles
Mon Jun 28 15:24:36 PDT 2021

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999


Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332


Bk Of Amer
PO Box 45144
Jacksonville FL 32232-5144


DNF Associates, LLC C/O Jefferson
Capital Systems LLC Assignee,
PO Box 7999,Saint Cloud MN 56302-9617


FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952


(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


Next Advanced Medicine
4980 Barranca Pkwy., Ste. 200
Irvine, CA 92604-8653


Ocwen Loan Servicing, LLC
ATTN: Bankruptcy Department
P.O. Box 24605
West Palm Beach, FL 33416-4605


(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067


Bank of America, NA
1230 Columbia Street
Suite 680
San Diego, CA 92101-8502


LVNV Funding LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587


Bank Of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785


(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285


Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025


Franchise Tax Board
Special Procedures
P O Box 2952
Sacramento, CA 95812-2952


Kay Jewelers
375 Ghent Rd
Fairlawn OH 44333-4600


OCWEN LOAN SERVICING, LLC
Attn: Cashiering Department
1661 Worthington Road, Ste 100
West Palm Beach, FL 33409-6493


PHH MORTGAGE CORPORATION
BANKRUPTCY DEPARTMENT
1MORTGAGE WAY, MAIL STOP SV-22
MT. LAUREL, NJ 08054-4637


Prosper Marketplace In
101 2nd St Fl 15
San Francisco, CA 94105-3672


Freddie Mac
Robertson, Anschutz & Schneid, P.L,.
6409 Congress Ave, Suite 100
Boca Raton, FL 33487-2853


Ocwen Loan Servicing, LLC
Robertson, Anschutz & Schneid P.L.
6409 Congress Avenue,
Suite 100
Boca Raton, FL 33487-2853


Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, Florida 33146-1873


Community Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gable, FL 33146-1873


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316


Greensky LLC
1797 NE Expressway Suite 100
Atlanta GA 30329-2451


(p)LBS FINANCIAL CREDIT UNION
ATTENTION JUAN FLORES & ERICA ALFARO
P O BOX 4860
LONG BEACH CA 90804-0860


Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando, FL 32826-2703


PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021


Prosper Marketplace Inc.
C/O Weinstein & Riley P.S.
2001 Western Ave Ste. 400
Seattle, WA 98121-3132

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117-6282

Sterling Jewelers Inc.
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI 48308-0730

Suntrustbank/gs Loan S
1797 Ne Expressway
Atlanta, GA 30329-7803

United States Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017-5413

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wells Fargo
Po Box 14517
Des Moines, IA 50306-3517

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Grant Steven Workman
5008 Verdura Avenue
Lakewood, CA 90712-3020

Mary Elaine Workman
5008 Verdura Avenue
Lakewood, CA 90712-3020

Nancy K Curry (TR)
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017-2466

Raj T Wadhwani
Wadhwani & Shanfeld, a Prof Law Corp
15233 Ventura Blvd., Suite 1000
Sherman Oaks, CA 91403-2251

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
PO Box 7999
St Cloud, MN 56302-9617

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

IRS (Los Angeles County)
Insolvency I Stop 5022
300 North Los Angeles St, Room 4062
Los Angeles, CA 90012-9903

Lbs Financial Cu
Po Box 4860
Long Beach, CA 90804

Portfolio Recovery Associates, LLC
c/o Sears Charge Plus
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bayview Loan Servicing, LLC

(u)Community Loan Servicing, LLC

(u)Courtesy NEF

(u)PHH Mortgage Corporation

(d)Bk Of Amer
Po Box 45144
Jacksonville, FL 32232-5144

(d)Kay Jewelers
375 Ghent Rd
Fairlawn, OH 44333-4600

(d)LVNV Funding LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

End of Label Matrix

Mailable recipients    40
Bypassed recipients     7
Total                  47